FITZGERALD, Appellant, v. TIMONEY, Respondent. (Common Pleas of New York City and County, General Term. November, 1895.) Action by Ella V. Fitzgerald against John H. Timoney. Francis C. Devlin, for appellant. W.

H. Deady (John A. Deady, of counsel), for respondent. No opinion. Appeal dismissed. See 34 N. Y. Supp. 460.